UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA         :

                                         :     **ORDER**

         -v-                      :

                                         :      22 Cr. 29 (AKH)

KELVIN MALLY,                  :

                    Defendant.     :

-----------------------------------------------------------------------X

Alvin K. Hellerstein, U.S.D.J.:

        On March 8, 2022 the parties requested I enter a protective order. *See* ECF No. 6.

I did so later the same day. *See* ECF No. 7.

        Accordingly, the Clerk shall terminate ECF No. 6.

        SO ORDERED.

Dated: March 31, 2022                                                        /s/ Alvin K. Hellerstein
       New York, New York                                       ALVIN K. HELLERSTEIN
                                                                 United States District Judge