**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

Conference is adjourned and time is excluded until 6/7/22 at 11:00 am; in the interest of justice. So Ordered.
/s/Alvin K. Hellerstein, U.S.D.J.
   4/25/2022

April 25, 2022

*Via ECF*

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Kelvin Mally,*
      **22 Cr. 29 (AKH)**

Honorable Judge Hellerstein:

With the consent of the Government, I write to respectfully request that the Court adjourn the pretrial conference presently calendared for Wednesday, April 27, 2022 at 12:30 P.M. for approximately 45 days. The parties are in discussions that aim to reach an agreement resolving this matter short of trial. Further, the Defense requires some additional time to confer with Mr. Mally regarding his options.

I have discussed this request with opposing counsel, Mr. Patrick Maroney, who consents to it on behalf of the Government.

Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc:   Patrick Maroney, AUSA (by ECF)