# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2022

*Via ECF*

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> The pretrial conference is adjourned, and time is excluded until, August 11, 2022 at 11:30 a.m.  So ordered.
> /s/ Alvin K. Hellerstein
> June 6, 2022

Re:  *United States v. Mally,*
 22 Cr. 29 (AKH)

Honorable Judge Hellerstein:

With the consent of the Government, I write to respectfully request that the Court adjourn the pretrial conference presently calendared for Tuesday, June 7, 2022, at 11 A.M. for approximately 45 days. The parties are negotiating towards an agreement to resolves this matter but require additional time to finalize and review that agreement before proceeding.

I have discussed this request with opposing counsel, Mr. Patrick Moroney, who consents to it on behalf of the Government.

Thank you for your attention to this matter.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc:    Patrick R. Moroney, AUSA (by ECF)