**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 26, 2023

Sentencing is hereby adjourned to April 4, 2023 at 11:00 a.m.

*Via ECF*

SO ORDERED.

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

/s/ Alvin K. Hellerstein
January 27, 2023

Re:   *United States v. Kelvin Mally,*
      **22 Cr. 29 (AKH)**

Honorable Judge Hellerstein:

With the consent of the Government, I write to respectfully request that the Court adjourn the sentencing conference presently calendared for Thursday, February 2, 2023 at 11:00 A.M. to either the 4th or 5th of April, 2023, whichever is more convenient to the Court. This adjournment is requested to afford Mr. Mally additional time to meet with counsel and to prepare the defense sentencing materials.

I have discussed this request with opposing counsel, Mr. Patrick Moroney, who kindly consents to it on behalf of the Government.

Thank you for your attention to this matter.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc:   Patrick Moroney, AUSA (by ECF)