UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                               :

UNITED STATES OF AMERICA,          :

               -against-           :

                               :

KELVIN MALLY,                  :

                    Defendant.  :

                               :

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2026

22-CR-29 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 25, 2026, Mr. Mally was arrested;

WHEREAS on March 26, 2026, Mr. Mally was presented before Magistrate Judge

Willis, *see* Dkt. 33; and

WHEREAS this case has been re-assigned to the Undersigned.

IT IS HEREBY ORDERED that the parties must appear before the Court for a

conference on **Friday, April 10, 2026, at 2:00 p.m.** in Courtroom 20C of the Daniel Patrick

Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  April 8, 2026**
**       New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**