UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

KELVIN MALLY,

                Defendant.

-------------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2026

22-CR-29 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the court on Tuesday, April 28, 2026.

IT IS HEREBY ORDERED that the parties must appear before the Court for an

evidentiary hearing on **June 1, 2026, at 10:30 a.m.** in Courtroom 20C of the Daniel Patrick

Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  April 28, 2026**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**