UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
           :
  UNITED STATES OF AMERICA,        :
           :
      -against-        :
           :
           :
  KELVIN MALLY,        :
        Defendant.  :
           :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2026

22-CR-29 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court for an evidentiary hearing on Monday, June 1, 2026.

IT IS HEREBY ORDERED that the parties must submit letters to the Court addressing the elements of the crimes present in the Violation of Supervised Release Report's specifications, citing relevant New York state case law.  The Government's letter is due **no later than Monday, June 8, 2026**, and the Defense's letter is due **no later than Monday, June 15, 2026**.

**SO ORDERED.**

**Date:  June 1, 2026**
     **New York, NY**

_____
    **VALERIE CAPRONI**
   **United States District Judge**