UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
-against-                          :            22-CR-29 (VEC)
:
:                 ORDER
KELVIN MALLY,                                      :
Defendant.    :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2026

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held an evidentiary hearing on the Violation of Supervised Release report dated November 19, 2025; and

WHEREAS the Court received post-hearing briefing from the parties, Dkts. 43–44.

IT IS HEREBY ORDERED that upon due consideration of the evidence and the parties' arguments, the Court has found that the Government proved each of the specifications by a preponderance of the evidence.  The Court will explain that ruling on the day of sentencing.

IT IS FURTHER ORDERED that the parties must appear before the Court for sentencing on **Friday, August 7, 2026, at 3:15 p.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007; pre-sentence submissions are due **no later than Friday, July 24, 2026**.

**SO ORDERED.**

**Date:  June 24, 2026**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**