

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 30, 2026

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _6/30/2026_

**Re: *United States v. Kelvin Mally*, 22 Cr. 29 (VEC)**

Dear Judge Caproni:

Due to a scheduling conflict on the part of the Government, the Government respectfully requests that the Court reschedule sentencing in this matter—currently scheduled for 3:15 p.m. on August 7, 2026—to earlier in the day on August 7.  The Government understands that the Court is available at 11 a.m. on that day, which is a time convenient for the parties.  The defense consents to the rescheduling request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:    __/s/_____
       Samantha Fry
       Patrick R. Moroney
       Assistant United States Attorneys
       (212) 637-2490 / -2330

cc (by ECF and E-Mail):  Ariel Werner, Esq.
                         Alexandria Hirsch, U.S.P.O.

Application GRANTED.

SO ORDERED.          6/30/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE